**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio BEJARANO, a.k.a. Sergio, a.k.a. Inginero, Defendant–Appellant.**

**No. 08–15414**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 19, 2009.

David R. MacKusick, Stockbridge, GA, for Defendant–Appellant.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Sergio Bejarano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bejarano's conviction and sentence are **AFFIRMED.** Bejarano's motion for appointment of counsel on appeal is **DENIED AS MOOT.**